| Tract # | Page # to Northern's Exh. E | Defendant Name | Type |
|---|---|---|---|
| | | **EXHIBIT "A"** | |
| 2062710 | 2 | Keith M. Drummond | Fee |
| 2062710 | 2 | Bruce D. Drummond and Laureene Drummond | Fee |
| 2062710 | 2 | Stephen C. Drummond | Fee |
| 2062710 | 2 | Michael S. Drummond | Fee |
| 2062710 | 2 | Jeffrey T. Drummond | Fee |
| 2062710 | 2 | Gayle Bernice Drummond | Fee |
| | | **Surface Net Acreage 79.99998** | |
| | | **Mineral Net Acreage 79.99998** | |
| 3062710 | 3 | The Rix D. Shanline Trust dtd 11/3/00 | Fee |
| 3062710 | 3 | The Phyllis N. Shanline Trust dtd 11/3/00 | Fee |
| | 3 | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| 1012711 | 4 | Keith M. Drummond | Fee |
| 1012711 | 4 | Bruce D. Drummond and Laureene Drummond | Fee |
| 1012711 | 4 | Stephen C. Drummond | Fee |
| 1012711 | 4 | Michael S. Drummond | Fee |
| 1012711 | 4 | Jeffrey T. Drummond | Fee |
| 1012711 | 4 | Gayle Bernice Drummond | Fee |
| | | **Surface Net Acreage 159.87999** | |
| | | **Mineral Net Acreage 159.87999** | |
| 1022711 | 7 | Alberta Mae Truijillo | Life Estate |
| 1022711 | 7 | William Milton and Tammy Milton | Remainderman |
| 1022711 | 7 | Ivan Milton and Lisa M. Milton | Remainderman |
| | | **Surface Net Acreage 79.73000** | |
| | | **Mineral Net Acreage 79.73000** | |
| 2022711 | 8 | Dennis W. Huff and Donna M. Huff | Fee |
| 2022711 | 8 | Donna M. Huff and Dennis W. Huff | Fee |
| 2022711 | 8 | Kelly C. Huff | Fee |
| 2022711 | 8 | Vera E. Huff Educational Trust #2 | Fee |
| 2022711 | 8 | Vera E. Huff Educational Trust #3 | Fee |
| | | **Surface Net Acreage 140.26000** | |
| | | **Mineral Net Acreage 140.26000** | |
| 3022711 | 9 | Vera E. Huff | Fee |
| 3022711 | 9 | Dennis W. Huff and Donna M. Huff | Fee |
| 3022711 | 9 | Donna M. Huff and Dennis W. Huff | Fee |
| 3022711 | 9 | Toni Key | Fee |
| | | **Surface Net Acreage 69.62000** | |
| | | **Mineral Net Acreage 69.62000** | |
| 4022711 | 10 | Ivan Milton and Lisa M. Milton | Fee |
| 4022711 | 10 | Dennis W. Huff and Donna M. Huff | Fee |
| 4022711 | 10 | Donna M. Huff and Dennis W. Huff | Fee |
| 4022711 | 10 | Vera Huff | Fee |
| 4022711 | 10 | Toni Key | Fee |
| | | **Surface Net Acreage 67.49000** | |
| | | **Mineral Net Acreage 67.49000** | |
| 5022711 | 11 | Dennis W. Huff and Donna M. Huff | Fee |
| 5022711 | 11 | Donna M. Huff and Dennis W. Huff | Fee |
| 5022711 | 11 | Vera E. Huff | Fee |
| 5022711 | 11 | Toni Key | Fee |
| | | **Surface Net Acreage 12.03000** | |
| | | **Mineral Net Acreage 12.03000** | |
| 1032711 | 12 | Huff Family LLC | Fee |
| | | **Surface Net Acreage 139.04000** | |
| | | **Mineral Net Acreage 139.04000** | |

| | | | |
|---|---|---|---|
| 4032711 | 14 | Dennis W. Huff and Donna M. Huff | Fee |
| | | **Surface Net Acreage 100.00000** | |
| | | **Mineral Net Acreage 0.00000** | |
| | | | |
| 5032711 | 15 | Dennis W. Huff and Donna Huff | Fee |
| | | **Surface Net Acreage 80.00000** | |
| | | **Mineral Net Acreage 80.00000** | |
| | | | |
| 1042711 | 16 | The Edna Bell Studer Rev. Trust No. 1 dtd 5/4/90 | Fee |
| | | **Surface Net Acreage 159.40000** | |
| | | **Mineral Net Acreage 159.40000** | |
| | | | |
| 2042711 | 17 | Benedict T. Ricke, TIC, and Elizabeth D. Ricke | Fee |
| 2042711 | 17 | Elizabeth D. Ricke, TIC, and Benedict T. Ricke | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| 1102711 | 19 | Dennis W. Huff and Donna M. Huff | Fee |
| 1102711 | 19 | Donna M. Huff and Dennis W. Huff | Fee |
| | | **Surface Net Acreage 80.00000** | |
| | | **Mineral Net Acreage 80.00000** | |
| | | | |
| 6102711 | 21 | Huff Family LLC | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| 2222611 | 24 | The Trust Agreement dtd 12/27/89, DeWayne J. Moore, Maxine Devlin Moore, and First National Bank of Hutchinson, Trustees | Fee |
| 2222611 | 24 | Maxine Devlin Moore | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| 1242611 | 28 | The Sucht Living Trust dtd 10/3/97 | Fee |
| 1242611 | 28 | Leann Sucht | Fee |
| 1242611 | 28 | Gayle Perry | Fee |
| 1242611 | 28 | Steven Sucht | Fee |
| | | **Surface Net Acreage 159.99998** | |
| | | **Mineral Net Acreage 159.99998** | |
| | | | |
| 4242611 | 32 | The LuHelen Y. Zink Trust dtd 9/26/07 | Fee |
| 4242611 | 32 | The Grover A. Zink Family Trust created under the Last Will & Testament of Grover A. Zink, dtd 2/21/86 | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| 1252611 | 34 | The LuHelen Y. Zink Trust dtd 9/26/07 | Fee |
| 1252611 | 34 | The Grover A. Zink Family Trust created under the Last Will & Testament of Grover A. Zink dtd 2/21/86 | Fee |
| | | **Surface Net Acreage 320.00000** | |
| | | **Mineral Net Acreage 320.00000** | |
| | | | |
| 3252611 | 38 | Alberta Mae Trujillo | Fee |
| 3252611 | 38 | Ivan Milton | ORRI |
| 3252611 | 39 | William Milton | ORRI |
| 3252611 | 39 | Tammy Milton | ORRI |
| 3252611 | 39 | Lisa Milton | ORRI |
| | | **Surface Net Acreage 80.00000** | |
| | | **Mineral Net Acreage 80.00000** | |
| | | | |
| 1262611 | 42 | The G.E. Geesling Trust dtd 4/30/91 | Fee |
| 1262611 | 42 | G.E. Geesling | Fee |
| 1262611 | 42 | The S. Joanne Geesling Trust dtd 4/30/91 | Fee |
| 1262611 | 42 | S. Joanne Geesling | Fee |
| 1262611 | 42 | Gary Geesling and Elaine Geesling | Fee |
| 1262611 | 42 | Elaine Geesling and Gary Geesling | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |

| | | | |
|---|---|---|---|
| 2262611 | 44 | Wanda Hazzard and James Hazzard | Fee |
| 2262611 | 44 | Virgil E Young | Fee |
| 2262611 | 44 | Norma Myrta Collins | Fee |
| | | **Surface Net Acreage 240.00000** | |
| | | **Mineral Net Acreage 240.00000** | |
| | | | |
| 3262611 | 46 | Micky Holland Rev. Trust No. 1 | Fee |
| 3262611 | 46 | Wendy Burgardt | Fee |
| 3262611 | 46 | Gene W Holland | Fee |
| 3262611 | 46 | Micky L Holland Rev. Trust No. 1 | Fee |
| | | **Surface Net Acreage 80.00000** | |
| | | **Mineral Net Acreage 80.00000** | |
| | | | |
| 4262611 | 48 | Ruth M Urban | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| 1272611 | 49 | The Trust Agreement dtd 12/27/89, DeWayne J. Moore, Maxine Devlin Moore, and First National Bank of Hutchinson, Trustees | Fee |
| 1272611 | 49 | Maxine Devlin Moore | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| 2272611 | 51 | The Rix D. Shanline Trust dtd 11/3/00 | Fee |
| 2272611 | 51 | The Phyllis N. Shanline Trust dtd 11/3/00 | Fee |
| | | **Surface Net Acreage 80.03000** | |
| | | **Mineral Net Acreage 80.03000** | |
| | | | |
| 3272611 | 52 | Ethie and Art Koenemann Trust | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| 4272611 | 53 | Arden J. Vernon and Sally A. Vernon | Fee |
| 4272611 | 53 | Will A. Vernon | Contingent Fee |
| 4272611 | 53 | Wendy Stade | Contingent Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| 5272611 | 54 | The Trust Agreement dtd 12/27/89, DeWayne J. Moore, Maxine Devlin Moore, and First National Bank of Hutchinson, Trustees | Fee |
| 5272611 | 54 | Maxine Devlin Moore | Fee |
| | | **Surface Net Acreage 79.98000** | |
| | | **Mineral Net Acreage 79.98000** | |
| | | | |
| 4332611 | 56 | The Donald L. Trinkle Trust dtd 12/2/00 | Fee |
| 4332611 | 56 | The Dorothy L. Trinkle Trust dtd 12/2/00 | Fee |
| | | **Surface Net Acreage 80.00000** | |
| | | **Mineral Net Acreage 80.00000** | |
| | | | |
| 3342611 | 59 | Patricia L. Meredith and Lawrence Meredith | Fee |
| 3342611 | 59 | The Shirley J. Miller Trust dtd 7/8/94 | Fee |
| 3342611 | 59 | Marilyn R. Hansen and Kenneth Hansen | Fee |
| | | **Surface Net Acreage 80.00001** | |
| | | **Mineral Net Acreage 80.00001** | |
| | | | |
| 4342611 | 60 | The George B Hartman Rev. Trust | Fee |
| 4342611 | 60 | The Helen M Hartman Rev. Trust | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| 3352611 | 65 | Huff Family LLC | Fee |
| | | **Surface Net Acreage 80.00000** | |
| | | **Mineral Net Acreage 80.00000** | |

| | | | |
|---|---|---|---|
| 4352611 | 66 | Dennis W. Huff and Donna M. Huff | Fee |
| 4352611 | 66 | Donna M. Huff and Dennis W. Huff | Fee |
| 4352611 | 66 | Kelly C. Huff | Fee |
| 4352611 | 66 | Vera E. Huff Education Trust #2 | Fee |
| 4352611 | 66 | Vera E. Huff Education Trust #3 | Fee |
| | | **Surface Net Acreage 79.99999** | |
| | | **Mineral Net Acreage 79.99999** | |
| | | | |
| 2362611 | 70 | The Donald L. Trinkle Trust dtd 12/2/00 | Fee |
| 2362611 | 70 | The Dorothy L. Trinkle Trust dtd 12/2/00 | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| 1302610 | 72 | The Sucht Living Trust dtd 10/3/97 | Fee |
| 1302610 | 72 | Leann Sucht | Fee |
| 1302610 | 72 | Gayle Perry | Fee |
| 1302610 | 72 | Steven Sucht | Fee |
| | | **Surface Net Acreage 159.99998** | |
| | | **Mineral Net Acreage 159.99998** | |
| | | | |
| 3302610 | 74 | The Branscom Trust dtd 8/29/01 | Fee |
| | | **Surface Net Acreage 240.00000** | |
| | | **Mineral Net Acreage 240.00000** | |
| | | | |
| 4302610 | 76 | Gregory L. Dye | Fee |
| 4302610 | 76 | Floyd G. Waldrip | Fee |
| | | **Surface Net Acreage 80.00000** | |
| | | **Mineral Net Acreage 80.00000** | |
| | | | |
| 1312610 | 77 | The Trust Agreement known as the Jeanette Kerschen Living Trust dtd 1/2/01 | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| 3312610 | 81 | Allen Kerschen | Fee |
| | | **Surface Net Acreage 160.00000** | |
| | | **Mineral Net Acreage 160.00000** | |
| | | | |
| | | **TOTAL SURFACE NET ACREAGE 5196.83993** | |
| | | **TOTAL MINERAL NET ACREAGE 5096.83993** | |
| | | | |