IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NORTHERN NATURAL GAS COMPANY,

          *Plaintiff,*

*vs*.

APPROXIMATELY 9117.53 ACRES IN PRATT, KINGMAN, AND RENO COUNTIES, KANSAS, et al,

          *Defendants.*

Case No. 10-1232-WEB-DWB

**PRELIMINARY REPORT BY L.D. DRILLING, INC.
AS TO THE RECOMPLETION OF THE ZINK # 1A WELL**
.

    This report is being supplied by Jim H. Goering, one of the counsel for L.D. Drilling, Inc., in this action, as an officer of the Court, in order to provide information as quickly as possible to Northern, the Court, and other parties, as to L.D. Drilling's recompletion of the Zink #1A well uphole in the Kansas City Lansing (Swope Layer) geological formation. Additional reports and records will be provided as they become available.

    *First Report:* At 8:16 a.m. today (Saturday, September 24, 2011), L.D. Davis called me on my cell phone as I was having breakfast at home. Mr. Davis reported that the previous day, a cast iron plug was set in the Zink #1A wellbore, above the Viola formation, that the wellbore was perforated and acidized in the Kansas City Lansing (Swope Layer), and that work on the well was then shut down when darkness fell that evening. Mr. Davis further reported that he was informed this morning by those working at the well that the well was flowing oil at the surface—that is, that the pressure in the Kansas City Lansing (Swope Layer) formation was sufficient to fill the entire well bore with oil and push that oil up to the surface, where it was flowing. This

was the first report I received from Mr. Davis about operations at the Zink # 1A well since the telephone hearing with Judge Brown and Magistrate Judge Bostwick yesterday (Friday) afternoon. Mr. Davis told me he was going back to the well site and would give me an additional report later in the day.

*Second Report:* At 11:09 a.m. today, I again spoke with Mr. Davis by cell phone. Mr. Davis told me that yesterday, after the cast iron plug had been set, they had "dried out the hole" to eliminate fluids, and verified that the cast iron plug was holding (that is, that there was no production of gas, oil, or fluids) before perforation and acidization in the Kansas City Lansing (Swope Layer) formation. Mr. Davis told me that this morning, they had been swabbing the well, and that in the most recent 30-minute swab, the well had produced ten barrels of oil and had produced no salt water, and that, because L.D. Drilling, Inc. previously produced oil from the Viola formation, the Zink # 1A well location already has an oil tank battery and is ready to go to test oil production. Mr. Davis also told me that the well is producing small amounts of gas, but he does not know if the gas production will be adequate to run the well pump or enough for sale. Mr. Davis advised that additional swabbing was ongoing, and that at some point over the weekend he would provide me by fax with further information regarding the operations at the Zink #1A well, so that it can be provided to the Court and parties in this litigation. Mr. Davis further advised that, given the oil production thus far, he will likely have a tubing and pump set at the oil to determine daily production of oil and salt water.

*Separate Note*: from Jim Goering: As I receive further information from Mr. Davis over the weekend I will email it to Northern's counsel and will file it with the Court as soon as possible, and no later than Monday, September 26, 2011.

        Respectfully submitted,

        Jim H. Goering, #11806
        Foulston Siefkin LLP
        1551 N. Waterfront Parkway, Suite 100
        Wichita, KS 67206-4466
        (316) 267-6371
        jgoering@foulston.com

*Attorneys for Defendants*
*L.D. Drilling, Inc., et al.*

By /s/ Jim H. Goering
    Jim H. Goering, #11806

### Certificate of Service

I hereby certify that on this 24th day of September, I electronically filed the foregoing Preliminary Report of L.D. Drilling, Inc. as to the Recompletion of the Zink #1A Well with the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Richard A. Olmstead (richard.olmstead@kutakrock.com)
Kutak Rock, LLP.
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206-6634

- and -

Mark D. Coldiron (mcoldiron@ryanwhaley.com)
Paula M. Jantzen (pjantzen@ryanwhaley.com)
Corey A. Neller (cneller@ryanwhaley.com)
Ryan Whaley Coldiron Shandy PC
119 N. Robinson
900 Robinson Renaissance
Oklahoma City, OK 73102

*Attorneys for Plaintiff*
*Northern Natural Gas Co.*

3

John V. Black (prcoatty@hotmail.com)
Black's Law Office, P.A.
306 S. Oak
Pratt, Kansas 67124

*Attorneys for Landowner*
*Defendants Hudson et al.*


Stephen E. Robison (srobison@fleeson.com)
Gregory J. Stucky (gstucky@fleeson.com)
David G. Seely (dseely@fleeson.com)
Daniel E. Lawrence (dlawrence@fleeson.com)
Fleeson, Gooing Coulson & Kitch, LLC
301 N. Main, Suite 1900
P.O. Box 997
Wichita, KS 67201

- and –

Gordon B. Stull (gstull@stull-law.com)
John D. Beverlin II (johnb@stull-law.com)
Stull Law Office, P.A.
1320 E. First Street
Pratt, Kansas 67124

*Attorneys for Landowner*
*Defendants Huff, et al.*


Robert R. Eisenhauer (je-pratt@sbcglobal.net)
Johnston & Eisenhauer
P.O. Drawer 825
113 E. Third
Pratt, KS 67124

*Attorneys for Landowner*
*Defendants Meireis, et al.*


Jeffrey L. Carmichael (jcarmichael@morrislaing.com)
Will B. Wohlford (wwohlford@morrislaing.com)
Morris, Laing, Evans, Brock
   & Kennedy, Chtd.
300 N. Mead, Suite 200
Wichita, KS 67202

*Attorneys for Defendants*
*Val Energy Inc., et al.*

4

Timothy E. McKee (temckee@twgfirm.com)
Amy Fellows Cline (amycline@twgfirm.com)
Shane A. Rosson (sarosson@twgfirm.com)
Triplett, Woolf & Garretson, LLC
2959 N. Rock Rd., Suite 300
Wichita, KS 67226

*Attorneys for Defendant*
*Five Star Energy, Inc.*


Emily B. Metzger (emily.metzger@usdoj.gov)
Office of the United States Attorney
301 N. Main St., Suite 1200
Wichita, KS 67202

*Attorneys for Defendant*
*United State Department of Agriculture*


Brian J. Madden (bmadden@wcllp.com)
Adam S. Davis (adavis@wcllp.com)
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112

*Attorneys for Defendants*
*Nash Oil & Gas, Inc., et al.*


   /s/ Jim H. Goering
Jim H. Goering, #11806