IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NORTHERN NATURAL GAS COMPANY,<br><br>       *Plaintiff,*<br><br>vs.<br><br>APPROXIMATELY 9117.53 ACRES IN PRATT, KINGMAN, AND RENO COUNTIES, KANSAS, et al,<br><br>       *Defendants.* | Case No. 10-1232-WEB-DWB |

**SECOND STATUS REPORT BY L.D. DRILLING, INC.
AS TO THE RECOMPLETION OF THE ZINK # 1A WELL**

  This report is being supplied by Jim H. Goering, one of the counsel for L.D. Drilling, Inc., in this action, as an officer of the Court, in order to provide information as quickly as possible to Northern, the Court, and other parties, as to L.D. Drilling's recompletion of the Zink #1A well uphole in the Kansas City Lansing (Swope Layer) geological formation.  These reports were received by email from L.D. Drilling, Inc., and have previously been supplied to counsel for Northern.  Typographical errors are not corrected.

*Email Report Received September 25, 2011, at 6:01 p.m.*

  Dear Jim

  This is the report on the Zinc A #1  Pratt Co, Kansas

  9-23-11 Moved in Xtreme Well Service, pulled ¾ rods and pump. Pulled 2 inch tubing. We called Basic and killed the well.  The well was killed while pulling tubing. We vented the gas off the backside while pulling the tubing. We called Log Tech, we ran CIB plug and set at 4200 ft. We swabbed hole down. The fluid was down 2300 ft.  We swabbed dry no Fluid or gas coming in. Hole is dry. We ran casing gun in and perforated at 3866-3868, 4 shots per ft, in the K-Zone Swope.

  We dumped 6 bbls of water in hole, pumped 1000 gallons of 20% acid and finished filling the hole with water to push acid out into the K-Zone. We pressured up to 500 # to 1450#,

the zone started taking fluid at the rate of ½ BPM. Speeded pump to 1 BPM till we were at 350#. It was shut in for the night. Total load 126.64 bbls to get back.

 9-24-11 Fluid was down hole 750 ft. We started swabbing the casing to test well at 1450 ft down, well started flowing oil.  It flowed approx. 45 bbls all oil. We started swabbing again, it flowed off and on down to approx. 3500 ft. had 30 minute test 17.00 bbls, next 30 minutes 11.00 bbls all oil. We kept swabbing down to 4200 ft. We ran a 30 minute test and got 3.33 all oil.

It made a lot of gas while swabbing. We think this well will do good for a while.  We decided to run pump with 1 ft strainer nipple and rods. We put it on the pump. We ran the tubing to 4198', 2 ft above the CIB plug. We shut in the backside. Gas is building. We will have enough gas to run the engine. NOTE: Seating nipple has a collar on bottom. We put in a disk in tubing to keep oil & gas from flowing in our faces, while running the tubing. We busted the disc out with the 1 ft strainer nipple on end of the pump.

 9-25-11 Well made 41 BBls of oil in 15 hrs. This is 2.73 per hr. We sold 18 MCF's of gas. We will send another report tomorrow.

L. D. Davis

*Email Report Received September 26, 2011, at 10:29 p.m.:*

The Zink A #1 made 65 bbls Oil today and 23 MCF's of gas.  The well would make more but L. D is pumping it slow for now.

       Respectfully submitted,

       Jim H. Goering, #11806
       Foulston Siefkin LLP
       1551 N. Waterfront Parkway, Suite 100
       Wichita, KS 67206-4466
       (316) 267-6371
       jgoering@foulston.com

       *Attorneys for Defendants*
       *L.D. Drilling, Inc., et al.*

       By /s/ Jim H. Goering
        Jim H. Goering, #11806

**Certificate of Service**

I hereby certify that on this 26th day of September, I electronically filed the foregoing Second Status Report of L.D. Drilling, Inc. as to the Recompletion of the Zink #1A Well with the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Richard A. Olmstead (richard.olmstead@kutakrock.com)
Kutak Rock, LLP.
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206-6634

- and -

Mark D. Coldiron (mcoldiron@ryanwhaley.com)
Paula M. Jantzen (pjantzen@ryanwhaley.com)
Corey A. Neller (cneller@ryanwhaley.com)
Ryan Whaley Coldiron Shandy PC
119 N. Robinson
900 Robinson Renaissance
Oklahoma City, OK 73102

*Attorneys for Plaintiff*
*Northern Natural Gas Co.*


John V. Black (prcoatty@hotmail.com)
Black's Law Office, P.A.
306 S. Oak
Pratt, Kansas 67124

*Attorneys for Landowner*
*Defendants Hudson et al.*


Stephen E. Robison (srobison@fleeson.com)
Gregory J. Stucky (gstucky@fleeson.com)
David G. Seely (dseely@fleeson.com)
Daniel E. Lawrence (dlawrence@fleeson.com)
Fleeson, Gooing Coulson & Kitch, LLC
301 N. Main, Suite 1900
P.O. Box 997
Wichita, KS 67201

- and –

Gordon B. Stull (gstull@stull-law.com)
John D. Beverlin II (johnb@stull-law.com)
Stull Law Office, P.A.
1320 E. First Street
Pratt, Kansas 67124

*Attorneys for Landowner*
*Defendants Huff, et al.*


Robert R. Eisenhauer (je-pratt@sbcglobal.net)
Johnston & Eisenhauer
P.O. Drawer 825
113 E. Third
Pratt, KS 67124

*Attorneys for Landowner*
*Defendants Meireis, et al.*


Jeffrey L. Carmichael (jcarmichael@morrislaing.com)
Will B. Wohlford (wwohlford@morrislaing.com)
Morris, Laing, Evans, Brock
   & Kennedy, Chtd.
300 N. Mead, Suite 200
Wichita, KS 67202

*Attorneys for Defendants*
*Val Energy Inc., et al.*


Timothy E. McKee (temckee@twgfirm.com)
Amy Fellows Cline (amycline@twgfirm.com)
Shane A. Rosson (sarosson@twgfirm.com)
Triplett, Woolf & Garretson, LLC
2959 N. Rock Rd., Suite 300
Wichita, KS 67226

*Attorneys for Defendant*
*Five Star Energy, Inc.*

Emily B. Metzger (emily.metzger@usdoj.gov)
Office of the United States Attorney
301 N. Main St., Suite 1200
Wichita, KS 67202

*Attorneys for Defendant*
*United State Department of Agriculture*


Brian J. Madden (bmadden@wcllp.com)
Adam S. Davis (adavis@wcllp.com)
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112

*Attorneys for Defendants*
*Nash Oil & Gas, Inc., et al.*


  /s/ Jim H. Goering
Jim H. Goering, #11806