IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NORTHERN NATURAL GAS COMPANY,<br><br>      *Plaintiff,*<br><br>*vs*.<br><br>APPROXIMATELY 9117.53 ACRES IN PRATT, KINGMAN, AND RENO COUNTIES, KANSAS, et al,<br><br>      *Defendants.* | Case No. 10-1232-WEB-DWB |

## SUGGESTION OF DEATH

Defendant L.D. Drilling, Inc., suggests upon the record, pursuant to Rule 25 (a)(1), the death of Defendant Paul J. Beaver during the pendency of this action.

        Respectfully submitted,

        Jim H. Goering, #11806
        Timothy B. Mustaine, #10758
        Michael J. Norton, #18732
        Foulston Siefkin LLP
        1551 N. Waterfront Parkway, Suite 100
        Wichita, KS 67206-4466
        (316) 267-6371
        jgoering@foulston.com
        tmustaine@foulston.com

        *Attorneys for Defendants*
        *L.D. Drilling, Inc., et al.*

        By /s/ Michael J. Norton
          Michael J. Norton, #18732

## Certificate of Service

I hereby certify that on this 28th day of September, 2011, I electronically filed the foregoing with the Court by using the CM/DCF system, which will send a notice of electronic filing to the following:

Richard A. Olmstead (richard.olmstead@kutakrock.com)
Kutak Rock, LLP.
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206-6634

- and -

Mark D. Coldiron (mcoldiron@ryanwhaley.com)
Paula M. Jantzen (pjantzen@ryanwhaley.com)
Corey A. Neller (cneller@ryanwhaley.com)
Ryan Whaley Coldiron Shandy PC
119 N. Robinson
900 Robinson Renaissance
Oklahoma City, OK 73102

*Attorneys for Plaintiff*
*Northern Natural Gas Co.*

John V. Black (prcoatty@hotmail.com)
Black's Law Office, P.A.
306 S. Oak
Pratt, Kansas 67124

*Attorneys for Landowner*
*Defendants Hudson et al.*

Stephen E. Robison (srobison@fleeson.com)
Gregory J. Stucky (gstucky@fleeson.com)
David G. Seely (dseely@fleeson.com)
Daniel E. Lawrence (dlawrence@fleeson.com)
Fleeson, Gooing Coulson & Kitch, LLC
301 N. Main, Suite 1900
P.O. Box 997
Wichita, KS 67201

- and –

Gordon B. Stull (gstull@stull-law.com)
John D. Beverlin II (johnb@stull-law.com)
Stull Law Office, P.A.
1320 E. First Street
Pratt, Kansas 67124

*Attorneys for Landowner*
*Defendants Huff, et al.*

Robert R. Eisenhauer (je-pratt@sbcglobal.net)
Johnston & Eisenhauer
P.O. Drawer 825
113 E. Third
Pratt, KS 67124

*Attorneys for Landowner*
*Defendants Meireis, et al.*

Jeffrey L. Carmichael (jcarmichael@morrislaing.com)
Will B. Wohlford (wwohlford@morrislaing.com)
Morris, Laing, Evans, Brock
   & Kennedy, Chtd.
300 N. Mead, Suite 200
Wichita, KS 67202

*Attorneys for Defendants*
*Val Energy Inc., et al.*

Timothy E. McKee (temckee@twgfirm.com)
Amy Fellows Cline (amycline@twgfirm.com)
Shane A. Rosson (sarosson@twgfirm.com)
Triplett, Woolf & Garretson, LLC
2959 N. Rock Rd., Suite 300
Wichita, KS 67226

*Attorneys for Defendant*
*Five Star Energy, Inc.*

Emily B. Metzger (emily.metzger@usdoj.gov)
Office of the United States Attorney
301 N. Main St., Suite 1200
Wichita, KS 67202

*Attorneys for Defendant*
*United State Department of Agriculture*

Brian J. Madden (bmadden@wcllp.com)
Adam S. Davis (adavis@wcllp.com)
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112

*Attorneys for Defendants*
*Nash Oil & Gas, Inc., et al.*

           /s/ Michael J. Norton
           Michael J. Norton, #18732