IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NORTHERN NATURAL GAS COMPANY,

        Plaintiff,

v.

Approximately **9117.53** acres in Pratt, Kingman, and Reno Counties, Kansas, and as further described herein;

**Tract No. 1062710** containing 80.00 acres more or less, located in Kingman County, Kansas, and as further described herein, et al.

        Defendants.

Case No. 10-CV-1232-MLB-DWB

## PROPOSED TIMETABLE FOR CASE TO PROCEED

Northern Natural Gas Company, in connection with the January 30, 2013 Scheduling Conference, proposes the timetable below for outstanding matters in the above-styled matter.

| DESCRIPTION | NORTHERN'S PROPOSED DEADLINE |
|---|---|
| Parties to exchange proposed preliminary instructions to the Commission, excluding valuation related instructions ("Preliminary Instructions"): | March 8, 2013 |
| Deadline for Parties to confer regarding privilege logs: | April 1, 2013 |
| Deadline to file Motions to Compel items on Privilege Logs: | April 12, 2013 |
| Deadline to respond to parties' proposed stipulated Preliminary Instructions: | April 12, 2013 |

| DESCRIPTION | NORTHERN'S PROPOSED DEADLINE |
|---|---|
| Parties to submit stipulated Preliminary Instructions and any additional proposed Preliminary Instructions to the court: | May 1, 2013 |
| Deadline to file notice of objection to any Preliminary Instructions proposed but not stipulated to by parties: | May 30, 2013 |
| All Remaining Deadlines: | To be set at later conference |

Respectfully submitted,

_____
Corey A. Neller, KS # 23800
Mark D. Coldiron, admitted *pro hac vice*
Paula M. Jantzen, admitted *pro hac vice*
RYAN WHALEY COLDIRON SHANDY, PLLC
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73102
Telephone: 405-239-6040
Facsimile: 405-239-6766
E-Mail: cneller@ryanwhaley.com
E-Mail: mcoldiron@ryanwhaley.com
E-Mail: pjantzen@ryanwhaley.com

Richard A. Olmstead, KS#19946
KUTAK ROCK LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206-6634
Telephone: 316-609-7900
Facsimile: 316-630-8021
E-Mail: richard.olmstead@kutakrock.com

Attorneys for Northern Natural Gas Company

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2013, I electronically served the foregoing *Proposed Timetable for Case to Proceed* upon the following:

| | |
|---|---|
| Jeffery L. Carmichael, Esq.<br>Will B. Wohlford, Esq.<br>Kristen D. Wheeler, Esq.<br>MORRIS, LAING, EVANS, BROCK<br>  & KENNEDY, CHTD.<br>300 N. Mead, Suite 200<br>Wichita, KS 67202<br>jcarmichael@morrislaing.com<br>wwohlford@morrislaing.com<br><br>Attorneys for Defendants VAL Energy, Inc. and the VAL Energy Interest Owners | Jim H. Goering, Esq.<br>Timothy B. Mustaine, Esq.<br>Michael J. Norton, Esq.<br>FOULSTON SIEFKIN LLP<br>1551 N. Waterfront Parkway, Suite 100<br>Wichita, KS 67206-4466<br>jgoering@foulston.com<br>tmustaine@foulston.com<br>mnorton@foulston.com<br><br>Attorneys for the L.D. Group Defendants |
| Robert R. Eisenhauer, Esq.<br>JOHNSTON & EISENHAUER<br>P.O. Drawer 825<br>113 E. Third<br>Pratt, KS 67124<br>je-pratt@sbcglobal.net<br><br>Attorney for Certain Landowner Defendants (Meireis et al.) | Gordon B. Stull, Esq.<br>John Beverlin, Esq.<br>STULL LAW OFFICE<br>1320 E. First Street<br>Pratt, KS 67124<br>gstull@stull-law.com<br>johnb@stull-law.com<br><br>Attorneys for the Defendants "Huff Landowner Group" |
| Stephen E. Robison, Esq.<br>Gregory J. Stucky, Esq.<br>David G. Seely, Esq.<br>Daniel E. Lawrence, Esq.<br>FLEESON, GOOING, COULSON & KITCH, L.L.C.<br>1900 Epic Center<br>301 North Main<br>Wichita, KS 67201-0997<br>srobison@fleeson.com<br>dseely@fleeson.com<br>gstucky@fleeson.com<br>dlawrence@fleeson.com<br><br>Attorneys for the Defendants "Huff Landowner Group" | Timothy E. McKee, Esq.<br>Shane A. Rosson, Esq.<br>Amy Fellows Cline, Esq.<br>TRIPLETT, WOOLF & GARRETSON, LLC<br>2959 North Rock Road, Suite 300<br>Wichita, KS 67226<br>temckee@twgfirm.com<br>sarosson@twgfirm.com<br>amycline@twgfirm.com<br><br>Attorneys for Five Star Energy, Inc. |

Jack V. Black, Esq.
Thomas V. Black, Esq.
BLACK'S LAW OFFICE, P.A.
306 South Oak
Pratt, KS 67124
prcoatty@hotmail.com

Attorneys for Certain Landowner Defendants
(Hudson et al.)

Barry R. Grissom, U.S. Attorney
Emily B. Metzger, Assistant U.S. Attorney
1200 Epic Center
301 N. Main
Wichita, KS 67202
Emily.metzger@usdoj.gov

Attorneys for the United States of America
representing the United States Department of
Agriculture, Farm Service Agency f/k/a
Farmer's Home Administration

Brian J. Madden, Esq.
Thomas A. Rottinghaus, Esq.
Adam S. Davis, Esq.
Wagstaff and Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
bmadden@wcllp.com
trottinghaus@wcllp.com
adavis@wcllp.com

Attorneys for Nash Oil & Gas, Inc.; Jerry Nash; Vision Investments of Pratt, LLC; and The Peoples Bank (Pratt, KS)

_____
Corey A. Neller