IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NORTHERN NATURAL GAS COMPANY, )
)
                    Plaintiffs, )
vs. )
)
APPROXIMATELY 9117.53 ACRES IN )
PRATT, KINGMAN, AND RENO COUNTIES, )
KANSAS et al., )
                    Defendants, )
)

Case No. 10-1232-WEB-DWB

## MOTION TO SUBSTITUTE PARTIES

**COMES NOW**, Wayne Williams, by and through Robert R. Eisenhauer of Johnston, Eisenhauer & Eisenhauer, Pratt, Kansas, and moves the court for an order substituting Don Williams as Executrix of the Estate of Wayne Williams, as a party in the above entitled matter, in substitution of the named party, Wayne Williams Trust.

In support of said motion, the Plaintiffs state and alleges as follows:

1. Wayne Williams owns property which is involved in the subject matter of the above entitled lawsuit.

2. After the filing of the above entitled lawsuit Wayne Williams died and Don Williams has been appointed as Executor of the Estate of Wayne Williams.

3. Don Williams, as Executor of the Estate of Wayne Williams, should be substituted as a named party in the above

JOHNSTON,
EISENHAUER
& EISENHAUER
ATTORNEYS AT LAW

entitled case, as Executor of the Estate of Wayne Williams.

**WHEREFORE**, Don Williams prays for an order of the court substituting Don Williams as Executor of the Estate of Wayne Williams, as a named party in the above entitled case.

Respectfully Submitted,

JOHNSTON & EISENHAUER

By: /s/   Robert R. Eisenhauer
Robert R. Eisenhauer, #10835
For the Firm
113 E. Third-P.O. Box 825
Pratt, KS   67124
(620) 672-5533
Email: je-pratt@scbglobal.net

### CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2012, I electronically filed this document with the Court by using the CM/DCF system, which will send a notice of electronic filing to the following:

Richard A. Olmstead (richard.olmstead@kutakrock.com)
Kutak Rock, LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206-6634

AND

Mark D. Coldiron (mcoldiron@ryanwhaley.com)
Paula M. Jantzen (pjantzen@ryanwhaley.com)
Corey A. Netter (cneller@ryanwhaley.com)
Ryan Whaley Coldiron Shandy PC
119 N. Robinson-900 Robinson Renaissance
Oklahoma City, OK 73102

**Attorneys for Plaintiff Northern Natural Gas Co.**

John V. Black (prcoatty@hotmail.com)
Black's Law Office, P.A.
306 S. Oak

JOHNSTON,
EISENHAUER
& EISENHAUER
ATTORNEYS AT LAW

2

Pratt, Kansas 67124

**Attorneys for Landowner Defendants Hudson et al.**

Stephen E. Robison (srobison@fleeson.com)
Gregory J. Stucky (gstucky@fleeson.com)
David G. Seely (dseely@fleeson.com)
Daniel E. Lawrence (dlawrence@fleeson.com)
Fleeson, Gooing Coulson & Kitch, LLC
301 N. Main, Suite 1900-P.O. Box 997
Wichita, KS 67201

and

Gordon B. Stull (gstull@stull-law.com)
John D. Beverlin II (johnb@stull-law.com)
Stull Law Office, P.A.
1320 E. First Street
Pratt, Kansas 67124

**Attorneys for Landowner Defendants Huff et al.**

Jeffrey L. Carmichael (cannichael@morrislaing.com)
Will B. Wohlford (wwohlford@morrislaing.com)
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Suite 200
Wichita, KS 67202

**Attorneys for Defendants Val Energy Inc., et al.**

Timothy E. McKee (temckee@twgfirm.com)
Amy Fellows Cline (amycline@twgfirm.com)
Shane A. Rosson (sarosson@twgfirm.com)
Triplett, Woolf & Garretson, LLC
2959 N. Rock Rd., Suite 300
Wichita, KS 67226

**Attorneys for Defendant Five Star Energy, Inc.**

Emily B. Metzger (emily.metzger@usdoj.gov)
Office of the United States Attorney
301 N. Main St., Suite 1200
Wichita, KS 67202

**Attorneys for Defendant United States Department of Agriculture**

Brian J. Madden (bmadden@wcllp.com)
Adam S. Davis adavis@wcllp.com
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112

JOHNSTON, EISENHAUER & EISENHAUER
ATTORNEYS AT LAW

Case 6:10-CV-01232-WEB-DWB Document 275 Filed November 28, 2012 Page 4

**Attorneys for Defendants Nash Oil & Gas, Inc., et al.**

Jim H. Goering jgoering@foulston.com
Timothy B. Mustaine tmustaine@foulston.com
**FOULSTON SIEFKIN LLP**
1551 N. Waterfront Parkway, #100
Wichita, Kansas 67206-4466

**Attorneys for Defendants L.D. Drilling Inc et al.**

/s/   Robert R. Eisenhauer
Robert R. Eisenhauer, #10835

JOHNSTON,
EISENHAUER
& EISENHAUER
ATTORNEYS AT LAW