**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| NORTHERN NATURAL GAS COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY 9117 ACRES IN PRATT, ) <br> KINGMAN AND RENO COUNTIES, ) <br> KANSAS, AND AS FURTHER DESCRIBED ) <br> HEREIN; ) <br> ) <br> TRACT NO. 1062710 ) <br> CONTAINING 80.00 ACRES MORE OR ) <br> LESS, LOCATED IN KINGMAN COUNTY, ) <br> KANSAS, AND AS FURTHER DESCRIBED ) <br> HEREIN; ET AL., ) <br> ) <br> Defendant. ) <br> ) | **CIVIL ACTION** <br><br> No. 10-1232-MLB-DWB |

**MEMORANDUM AND ORDER**

This matter is before the court on:

1. Pratt Well Service Group's Brief (Doc. 863);
2. Huff Group's Motion to Supplement Instructions (Doc. 864);
3. Hudson Group's Motion to Supplement Instructions (Doc. 865);
4. Meireis Group and Producer Defendants' Motion to Supplement Instructions (Doc. 866);
5. Northern Natural Gas Company's Brief (Doc. 867);
6. Producer Defendants' Motion for Supplemental Instructions (Doc. 868) and Memorandum in Support (Doc. 869).

The court has reviewed the foregoing materials concerning requested supplemental instructions to the Commission. The court has also consulted with Magistrate Judge Bostwick and Commission Chair Broomes concerning the requests. After doing so the court determines that four supplemental instructions, which are being filed as a separate document, should be given to the Commission. The parties' requests for other or additional supplemental instructions are denied.

The court finds no additional instruction conference is warranted

at this point, as the parties' positions have been more than adequately briefed. For purposes of the record, the court will consider the parties as having objected to and preserved for further review any failure by the court to give their requested supplemental instructions and any deviation by the court from the positions stated by the parties in their briefs.

The parties' motions for supplemental instructions (Docs. 864, 865, 866 and 868) are hereby GRANTED in PART and DENIED in PART.

IT IS SO ORDERED.

Dated this 28th day of May 2014, at Wichita, Kansas.

s/Monti Belot
Monti L. Belot
UNITED STATES DISTRICT JUDGE