IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NORTHERN NATURAL GAS COMPANY, )<br>)<br>Plaintiff,      )<br>)<br>v.                              )<br>)<br>APPROXIMATELY 9117 ACRES IN PRATT, )<br>KINGMAN AND RENO COUNTIES,        )<br>KANSAS, AND AS FURTHER DESCRIBED  )<br>HEREIN;                            )<br>)<br>TRACT NO. 1062710                 )<br>CONTAINING 80.00 ACRES MORE OR    )<br>LESS, LOCATED IN KINGMAN COUNTY,  )<br>KANSAS, AND AS FURTHER DESCRIBED  )<br>HEREIN; ET AL.,                   )<br>)<br>Defendants.    )<br>) | **CIVIL ACTION**<br><br>No. 10-1232 |

### **MEMORANDUM AND ORDER**

The following procedures shall apply with respect to the Commission's report on just compensation. (Doc. 888).

<u>Objections</u>. Pursuant to Fed. R. Civ. P. 53(f)(2),[1] any party having objections to the Commission's report shall file a brief setting forth that party's objections, and any arguments in support, on or before September 16, 2014. Briefs shall not exceed 20 double-spaced pages.

<u>Response briefs</u>. Any party may file a response brief to objections on or before September 30, 2014. Any response brief shall not exceed 10 double-spaced pages.

No reply briefs shall be filed and any request to do so will be

---

[1] This rule applies to the Commission's report by virtue of Fed. R. Civ. P. 71.1(h)(2)(D).

summarily denied. The court will not extend these deadlines or page limits, even with the agreement of the parties.

    IT IS SO ORDERED.

    Dated this 27th day of August 2014, at Wichita, Kansas.

                                          s/Monti Belot
                                          Monti L. Belot
                                          UNITED STATES DISTRICT JUDGE