## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF KANSAS

NORTHERN NATURAL GAS COMPANY,     )
                                  )
                Plaintiff,        )     **CIVIL ACTION**
                                  )
v.                                )     No.  10-1232-MLB-DWB
                                  )
APPROXIMATELY 9117 ACRES IN PRATT, )
KINGMAN, AND RENO COUNTIES,       )
KANSAS, AND AS FURTHER DESCRIBED  )
HEREIN;                           )
                                  )
TRACT NO. 1062710                 )
CONTAINING 80.00 ACRES MORE OR    )
LESS, LOCATED IN KINGMAN COUNTY,  )
KANSAS, AND AS FURTHER DESCRIBED  )
HEREIN; ET AL.,                   )
                                  )
                Defendants.       )
_____)

### MEMORANDUM AND ORDER

This matter is before the court on Northern's motion for leave to file consolidated response briefs. (Doc. 925).

Northern's motion seeks leave to file three response briefs of varying lengths in lieu of "10 pages each in response to the eight filings by Defendants." Doc. 925 at 2.

The court's order on briefing said that any party could "file a response brief to objections" -- as in one response brief -- not separate briefs as to each and every party that filed objections. The court is not about to unleash that sort of round-robin briefing in a case where the parties have already made their positions abundantly clear on the record.

In recognition of the fact that Northern's position as condemnor means its interests are more or less opposed to all other parties in

the case, the court will grant Northern leave to file one response brief of up to 25 pages in length. All other parties are limited to one brief of ten pages.

Northern's motion for leave (Doc. 925) is granted in part.

IT IS SO ORDERED.

Dated this 26th day of September 2014, at Wichita, Kansas.

s/Monti Belot

Monti L. Belot

UNITED STATES DISTRICT JUDGE