# Printed by the Barton Co Sheriff's Office
For Official Use

1416 KANSAS
GREAT BEND, KS 67530

## Civil Process - Return of Service

Case No: **08CV1400**
Court: In The United States District Court of The District of Kansas

Case Title: Northern Natural Gas Company v. L.D. Drilling, Inc, Val Energy, Inc,
Plaintiff: Northern Natural Gas Company
Defendant: L.D. Drilling, Inc, Val Energy, Inc, Nash Oil & Gas, Inc

## DOCUMENT INFORMATION
Document Type: Suggestions of Death        Document #: 08CV1400
Date Issued: 05/07/2019                    Date Received: 05/09/2019            Expire Date: 06/09/2019

## SUBJECT INFORMATION
Name: Keenan, Timothy R.                                  Involvement: **Defendant**        DOB: **10/29/1956**
Address: 1402 Cherry Ln, Great Bend, KS 67530
Addr Comment:

## SERVICE DECLARATION
☐ Vacant   ☐ Expired   ☐ Date/Time Served: _____        Service Type: _P_____
☐ Unable to Locate   ☐ Moved to: _____                  ☐ Posted, Mailed on (date): _____
☐ Days Off/Training   ☐ Deceased

I HEREBY CERTIFY, subject to penalty of perjury, that I served the same by delivering a true and correct copy thereof duly certified and the same endorsements thereon, the following manner.

By delivering on the __13__ day of __May__, 20_19_, at __9:16__ o'clock _A_ M, to the following: __Timothy Keenan__ at (addr) __2220 Lakin__,
(city) __GB_____, in the county of Barton, State of Kansas.

OR

By leaving on the _____ day of _____, 20__, at _____ o'clock __M, with (person served) _____ for the following: _____ at (addr) _____,
(city) _____, in the county of Barton, State of Kansas. This being the dwelling place or usual place of abode of such defendant/witness with a person of suitable age and discretion then residing therein.

Sheriff Brian Bellendir

Served by _____

## SERVICE ATTEMPTS
| Date/Time | Location | PIN | Comments |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |
| 5th | | | |